WYNN *v.* RICHARD ALLEN LODGE NO. 14, KNIGHTS OF PYTHIAS.

LUMPKIN, P. J. 1. It is essential to the validity of a summons issuing from a justice's court for the purpose of instituting an action therein that some person should be named as defendant. Accordingly, a summons which names as a defendant "Richard Allen Lodge No. 14, Knights of Pythias," is fatally defective, in that it does not disclose that such lodge is either a corporation or a partnership and therefore subject to suit. *Barbour* v. *Albany Lodge,*. 73 *Ga.* 474, followed in *Thurmond* v. *Cedar Spring Baptist Church,* 110 *Ga.* 816.

2. The ruling above announced disposes of the only question made and argued in the present case ; and it follows that there was no error in refusing to sanction the petition for certiorari.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1, —Decided June 12, 1902.

Petition for certiorari. Before Judge Lumpkin. Fulton superior court. October 4, 1901.

*O. E. & M. C. Horton,* for plaintiff.
*Rucker & Rucker,* for defendant.